IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                           Nos. CIV 16-0124 JB/GBW
                                                                     CR 12-1676 JB

ERIC VON CLAYMAN,

    Defendant.

## **FINAL JUDGMENT**

**THIS MATTER** comes before the Court on the Memorandum Opinion and Order of Dismissal, filed contemporaneously herewith on April 30, 2016 (CIV Doc. 7), in which the Court dismissed Plaintiff Eric Von Clayman's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence By a Person in Federal Custody, filed March 14, 2016 (CIV Doc. 3; CR Doc. 48), with prejudice and denied a certificate of appealability.  There being no more claims before the Court, the Court hereby enters Final Judgment in accordance with rule 58 of the Federal Rules of Civil Procedure.

**IT IS ORDERED** that this civil proceeding is dismissed, and final judgment is entered

                                                              _____
                                                              UNITED STATES DISTRICT JUDGE

*Parties:*

Eric Von Clayman
Federal Correctional Institution
Sheridan, Oregon

    *Plaintiff pro se*